[Criminal No. 189.    Filed March 30, 1905.]

[80 Pac. 328.]

E. FIGUERO, Defendant and Appellant, v. TERRITORY. OF ARIZONA; Plaintiff and Respondent.

1. APPEAL AND ERROR—CRIMINAL LAW—APPEAL—NO APPEARANCE ENTERED—MAY NOT BE DISMISSED.—In a criminal case, where appeal has been taken, and no appearance entered by counsel for appellant, although such practice is reprehensible, the appeal may not be dismissed, but must be considered.

APPEAL from a judgment of the District Court of the Second Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.    Affirmed.

The facts are stated in the opinion.

No appearance for Appellant.

No appearance for Respondent.

THE COURT.—This is one of a number of criminal cases which we find before us at this term of court, where defendant's counsel in the court below have seen fit to take an appeal and cause the transcript on appeal to be prepared and certified to this court at the expense of the county upon affidavit that the defendant was unable to pay for the same, and thereafter have abandoned all further steps in the appeal, and have entered no appearance nor filed any brief in this court. Such appeal, when no grounds known to counsel exist for a reversal of the judgment, is a useless expense to the county, and can

benefit no one except such officials as may profit by the fees and expenses of transcribing and certifying to the transcript, and merits the strong disapproval which we place upon it.

This being a criminal case, we may not dismiss the appeal, and we have examined, as best we may, the record before us, to see if error exists. We find no reversible error in the record, and, as the evidence seems to sustain the verdict, the judgment of the district court is affirmed.